**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEVE DIFRANCO,** | ) | **CASE NO. 1:07 CV 3753** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **RICK CASE MOTORS, et al.,** | ) | |
| | ) | **ORDER** |
| **Defendant.** | ) | |

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, the Motion to Stay and/or Dismiss and Compel Arbitration filed by Defendants Rick Case Motors, Inc., Ms. Janice Redenshek, Mr. Ken Sidana, and Mr. Rick Case (Docket #4) is hereby GRANTED.  This case is hereby DISMISSED.

IT IS SO ORDERED.

                                                       s/Donald C. Nugent
                                                      DONALD C. NUGENT
                                                      United States District Judge

DATED:  March 24, 2008